UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Pittsburgh)

| | | |
|---|---|---|
| IN RE:   JOHN J BLAKE JR | CASE NO: | 24-20337 |
| | CHAPTER: | Chapter 13 |

    Debtors

### Change of address – Payment for Creditor

As to Claim 1-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notifications address | New Notifications address |
|---|---|
| Old payment address<br>Wells Fargo Auto<br>PO Box 17900<br>Denver, CO 80217–0900 | New payment address<br>Wells Fargo Auto<br>PO Box 51963<br>Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/23/2025                          /s/Brian McKee
                                               Lead Loan Servicing Representative
                                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Western District of Pennsylvania (Pittsburgh)

IN RE:    JOHN J BLAKE JR                              CASE NO:    24-20337
                                                       CHAPTER:    Chapter 13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/23/2025                              /s/ Brian McKee
                                        Lead Loan Servicing Representative
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto